Hearing Date: February 24, 2026
Time: 10:30 a.m.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re:

CAROLINE PONCE-CACEDA
*aka Caroline Ponce*             Case No. 25-43012 (ess)
*aka Caroline Ponce*             Chapter 7
*aka Caroline Ponce*

and

JOSE ACEVEDO, JR.
*aka Jose Acevedo*
*aka Jose Acevedo*
*aka Jose Acevedo, Jr,*

        Debtors.

-----------------------------------------------------X

## NOTICE OF TRUSTEE'S MOTION TO DISMISS

**PLEASE TAKE NOTICE** that on February 24, 2026 at 10:30 a.m. a hearing ("Hearing") will be held before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge for the Eastern District of New York, 271 Cadman Plaza East, Brooklyn, New York 11201-1800, Courtroom 3585 upon the motion ("Motion") of Lori Lapin Jones, the Chapter 7 Trustee ("Trustee") for the above-captioned debtor for an order pursuant to 11 U.S.C. § 707 (a) dismissing this case for cause or for such other relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that to appear at the Hearing (which may be in person, by telephone or video), you must first register with eCourt Appearances in advance of the Hearing. You may register for eCourt Appearances through your CM/ECF

account. If you do not have a CM/ECF account, you may access eCourt Appearances on the Court's website at: www.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl.

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the Motion must be in writing and shall be filed electronically in accordance with General Order M-242 (General Order M-242 and the User's Manual for the Electronic Filing Case System can be found at http://www.nyeb.uscourts.gov, the official website for the Court), by registered users of the Court's case filing system, and by all other parties in interest, on a 3.5 inch disk, in Portable Document Format (PDF), Word Perfect or any other Windows-based word processing format delivered to the United States Bankruptcy Court, 271 Cadman Plaza East, Brooklyn, New York 11201 and be served upon Lori Lapin Jones, Trustee, 98 Cutter Mill Road, Suite 255 South, Great Neck, New York 11021 so as to be received no later than February 17, 2026.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion may be adjourned from time to time as set forth in open Court (including by telephone or video) and without further notice by the Trustee.

Dated: Great Neck, New York
        December 28, 2025

/s/ Lori Lapin Jones, Trustee
Lori Lapin Jones, Chapter 7 Trustee

98 Cutter Mill Road – Suite 255 South
Great Neck, New York 11021
Telephone: (516) 466-4110

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re:

CAROLINE PONCE-CACEDA
*aka Caroline Ponce*                                                  Case No. 25-43012 (ess)
*aka Caroline Ponce*                                                  Chapter 7
*aka Caroline Ponce*

and

JOSE ACEVEDO, JR.
*aka Jose Acevedo*
*aka Jose Acevedo*
*aka Jose Acevedo, Jr,*

        Debtors.

-------------------------------------------------------X

## AFFIRMATION IN SUPPORT OF MOTION TO DISMISS

      Lori Lapin Jones, an attorney duly admitted to practice law before the Courts of the state of New York and before the United States District Court for the Eastern District of New York, affirms as follows:

1. Lori Lapin Jones was appointed by the United States Trustee to serve as Chapter 7 Trustee in the above-captioned case.

2. This affirmation is made in support of a motion for an order pursuant to 11 U.S.C. § 707 (a) dismissing this case for cause.

3. On June 26, 2026, the above-captioned debtors ("Debtors") commenced this case by filing a voluntary petition pursuant to Chapter 7 of the United States Bankruptcy Code. 11 U.S.C. § 101 *et seq.*

4. The Debtors were scheduled to be examined virtually on August 1, 2025. An adjournment was granted because the requisite documents were not provided to the Trustee. The 341 examination was adjourned to August 25, 2025. The Debtors failed to appear for the examination.

5. The Trustee is unable to properly administer the estate without the benefit of the examination of the Debtors and the required documents.

6. Accordingly, cause exists for dismissal of this case under section 707 (a) of the Bankruptcy Code.

Dated: Great Neck, New York
      December 28, 2025         /s/ Lori Lapin Jones
                                      Lori Lapin Jones